[No. 68030-7-I.   Division One.   June 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. FELIX VINCENT SITTHIVONG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-04298-5, Jean A. Rietschel, J., entered December 2, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Lau and Verellen, JJ.

[No. 68032-3-I.   Division One.   June 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS D. WILLIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00306-8, Susan J. Craighead, J., entered November 21, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler and Verellen, JJ.

[No. 68136-2-I.   Division One.   June 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. GENE M. FULTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-05955-1, J. Wesley Saint Clair, J., entered November 29, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Leach, C.J., and Cox, J.

[No. 68137-1-I.   Division One.   June 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY STUART BEASLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-06093-1, Regina S. Cahan, J., entered December 23, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Leach, C.J., and Cox, J.